UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE DAVIS, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> -against-<br><br>BANANA REPUBLIC, LLC,<br><br>      Defendant. | Case No: 22 Civ. 7308<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above captioned action is hereby dismissed without prejudice and without costs or fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 10, 2023
New York, New York

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: __10/11/23__

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge

FITAPELLI & SCHAFFER, LLP

By: _____
Brian S. Schaffer
28 Liberty Street, 30th Floor
New York, NY 10005
Telephone: (212) 300-0375
Email: bschaffer@fslawfirm.com

*Attorneys for Plaintiff and the Putative Class*

The Clerk of Court is respectfully directed to close the case.